## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Chris Anderson v. Bayer Corporation, et al.* | No. 11-cv-11217-DRH |
| *Ravana Avery v. Bayer Corporation, et al.* | No. 11-cv-11259-DRH |
| *Elrinda Bailey v. Bayer Corporation, et al.* | No. 11-cv-11260-DRH |
| *Jocelyn Bell v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11863-DRH |
| *Leah Coleman v. Bayer Corporation, et al.* | No. 10-cv-10185-DRH |
| *La Shawnda Durham v. Bayer Corporation, et al.* | No. 11-cv-11408-DRH |
| *Amanda Ensman v. Bayer Corporation, et al.* | No. 10-cv-11893-DRH |
| *Shari Holzknecht v. Bayer Corporation, et al.* | No. 10-cv-11726-DRH |
| *Tania Kassaii v. Bayer Corporation, et al.* | No. 10-cv-10066-DRH |
| *Kaleena Katon v. Bayer Corporation, et al.* | No. 10-cv-10425-DRH |
| *Alexandra Leonard v. Bayer Corporation, et al.* | No. 11-cv-11535-DRH |
| *Michelle Lewis v. Bayer Corporation, et al.* | No. 10-cv-12692-DRH |
| *Jeanette Lowery v. Bayer Corporation, et al.* | No. 11-cv-11541-DRH |
| *Siobhan McGee v. Bayer Corporation, et al.* | No. 11-cv-12797-DRH |
| *Mary E. Moore v. Bayer Corporation, et al.* | No. 10-cv-11725-DRH |
| *Donna Nolan v. Bayer Corporation, et al.* | No. 11-cv-11459-DRH |
| *Molly Petro v. Bayer Corporation, et al.* | No. 10-cv-10166-DRH |
| *Helia Pixos v. Bayer Corporation, et al.* | No. 10-cv-13273-DRH |

*Jessica Santiago v. Bayer Corporation, et al.*     No. 11-cv-12185-DRH

*Arianne Sizemore v. Bayer Corporation, et al.*     No. 11-cv-11623-DRH

*Amanda Smith v. Bayer Corporation, et al.*     No. 10-cv-12737-DRH

*Rachel Werth v. Bayer Corporation, et al.*     No. 11-cv-12179-DRH

*Lisa Whitley v. Bayer Corporation, et al.*     No. 10-cv-12747-DRH

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**    These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 10, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY: __/s/*Caitlin Fischer*___
**Deputy Clerk**

**Dated:**  July 10, 2014

Digitally signed
by David R.
Herndon
Date: 2014.07.10
14:34:20 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**